UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ESTHER ROSE,**

    **Plaintiff,**

v.                                            **Case No. 8:23-cv-2864-TPB-AAS**

**COCA-COLA BEVERAGES FLORIDA, LLC,**

    **Defendant.**
_____/

## **ORDER**

Plaintiff Esther Rose requested the court compel Defendant Coca-Cola Beverages Florida, LLC (Coca-Cola) to produce "better and more complete responses" to Ms. Rose's Fourth Request for Production. (Doc. 48). Coca-Cola responded that the parties came to an agreement, and Coca-Cola produced responsive documents. (Doc. 52). The court directed Ms. Rose to file a notice by June 18, 2025, stating whether the production resolved the discovery dispute. (Doc. 55). Mr. Rose failed to file a notice. The court construes this failure as Ms. Rose's concurrence with Coca-Cola's response that the parties reached an agreement on the requested discovery. Accordingly, Ms. Rose's motion to compel (Doc. 48) is **DENIED as moot**.

1

**ORDERED** in Tampa, Florida on June 25, 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2